UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VARSHAD DESAI AND AMRISH PATEL | § § | |
| Plaintiffs, | § § | CIVIL ACTON NO. 4:15-CV-02435 |
| v. | § § | |
| STATE FARM LLOYDS | § § | |
| Defendant | § § | |

### PLAINTIFFS' NOTICE OF PENDING SETTLEMENT AND UNOPPOSED REQUEST TO STAY MOTIONS

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiffs Varshad Desai and Amrish Patel hereby provide notice to the Court that they have reached a settlement with Defendant State Farm Lloyds regarding the claims brought in this lawsuit  The Parties are working towards finalizing the settlement paperwork, and Plaintiffs request that the Court stay any pending motions in anticipation of the Parties finalizing the settlement and filing a joint motion to dismiss in the near future.

MORROW & SHEPPARD LLP
*/s/ John D. Sheppard*
John D. Sheppard
State Bar No.  24051331
jsheppard@morrowsheppard.com
Nicholas A. Morrow
State Bar No.  24051088
nmorrow@morrowsheppard.com
3701 Kirby Dr, Ste 840
Houston, TX  77098
Telephone:(713) 489-1206
Facsimile:  (713) 893-8370
***Attorneys for Plaintiffs***

- 2 -

Case 4:15-cv-02435   Document 8   Filed in TXSD on 11/12/15   Page 2 of 3

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Defendant's counsel on November 12, 2015 regarding this notice and request and that counsel is unopposed.

>/s/ John D. Sheppard
>John D. Sheppard

## CERTIFICATE OF SERVICE

I certify that on November 12, 2015, the above and foregoing instrument was served via the Court's CM/ECF Document Filing System upon the following registered CM/ECF users:

Dale M. "Rett" Holiday
Gregory M. Howard
Germer PLLC
333 Clay Street
Houston, Texas 77002
**COUNSEL FOR DEFENDANT**

>/s/ John D. Sheppard
>John D. Sheppard