United States District Court
Southern District of Texas
**ENTERED**
November 16, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VARSHAD DESAI and AMRISH PATEL, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-15-2435 |
| STATE FARM LLOYDS, | § § § | |
| Defendant. | § | |

ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached.  The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within thirty (30) days after the entry of this order.

Plaintiff's Opposed Motion for Leave to Amend Complaint filed at document no. 5 is DENIED as moot.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on this 16 day of November 2015.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE